Finding no error of a reversible nature in the record, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

BEAUCHAMP, Judge.

In the motion for rehearing in this case appellant insists that this court "did not give to said cause that careful considera-tion which the seriousness of the charge and the severity of the punishment called for to reach a just conclusion." The appellant's statement is far from correct. The case is troublesome in all of its phases. It is unusual and unnatural in many aspects, and is a case which called for and received in this court unusual attention on all of the questions presented. As in most cases, it is impossible and it is not considered necessary to treat each and every question that may be raised but only those which in fact present legal questions.

 Complaint is specifically made that assignment of error No. 13 was not discussed in the opinion. This assignment presents no question of law but only goes to the weight of the evidence, and the argument in its behalf is an argument on questions of fact properly made before the jury. This court does not take into consideration questions of fact which have been presented to the jury, and it would not be proper for it to do so.

We have again considered the legal questions presented and feel that the proper conclusion was reached in the original opinion.

The motion for rehearing is overruled.

### BRIDGES v. STATE.
### No. 20980.

Court of Criminal Appeals of Texas.
April 10, 1940.

G. DeGraffenreid, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of driving a motor vehicle upon a public highway while under the influence of intoxicating liquor; and his punishment was assessed at a fine of $100 and confinement in the county jail for thirty days.

The record is before us without statement of facts or bills of exception, in the absence of which nothing has been presented authorizing a reversal or requiring discussion.

The judgment is affirmed.